Carter H. Harrison, Jr., Successor Receiver, Appellant, v. Lida N. Safford et al., Appellees.

Gen. No. 9,441. 

opinion filed September 19, 1939. C. H. Linscott, for appellant; Leonard Lundin, of counsel; Mádden & Laden, for appellees. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''